**Office of the Standing Chapter 13 Trustee**
**125 E. John Carpenter Freeway**
**Suite 1100, 11th Floor**
**Irving, TX  75062**
**(214) 855-9200 / (214) 965-0756  (Fax)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | Case No:  13-30423-HDH-13 |
| **CLYDE ANDREW & TERRI LYNN KATZAMAN** | |
| Debtors | Hearing Date:  November 14, 2013 |

Notice of Pre-Hearing Conference and Hearing on
"Trustee's Recommendation Concerning Claims, Objection to Claims and Plan
Modification (if required)"

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) ("TRCC") will be held at  **8:30 a.m.** on **November 14, 2013** at 125 E. John Carpenter Freeway, Suite 1100, 11th Floor, Irving, TX  75062.

Any  objection to the Pleading not resolved or defaulted at the Trustee's pre-hearing conference will be heard by the Court at 2:00 p.m. on the same day at 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

Pursuant to General Order 2010-01, unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC, and such treatment will be final and binding on all parties.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON ANY AFFECTED CREDITORS AND ON THE FOLLOWING PARTIES NO LATER THAN 09/26/2013.

| | |
|---|---|
| Debtors: | CLYDE ANDREW KATZAMAN & TERRI LYNN KATZAMAN, , 5981 ARAPAHO ROAD, #902, DALLAS, TX  75248 |
| Attorney: | MONTE JAY WHITE, 1106 BROOK AVE, HAMILTON PLACE, WICHITA FALLS, TX  76301 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

Case # 13-30423-HDH-13                                                                                                              Page 2
CLYDE ANDREW & TERRI LYNN KATZAMAN
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

### Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" and "Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" was served on the following parties at the addresses listed below by United States First Class Mail or via

| | |
|---|---|
| Debtors: | Clyde Andrew & Terri Lynn Katzaman, 5981 Arapaho Road, #902, Dallas, Tx  75248 |
| Attorney: | Monte Jay White, 1106 Brook Ave, Hamilton Place, Wichita Falls, Tx  76301 |
| Creditor(s): | Alcoa Billing, 3429 Regal Dr, Alcoa, Tn  37701 |
| | All Trades, 220 E 3Rd, Burkburnett, Tx  76354 |
| | Asset Acceptance Llc, P.O. Box 2036, Warren Mi 48090,   48090 |
| | Asset Acceptance Llc, Po Box 2036, Warren, Mi  48090 |
| | Barrett Daffin Frappier Turner & Engel, 15000 Surveyor Blvd., Suite 100, Addison, Tx  75001 |
| | Barrett Daffin Frappier, Turner & Engel, Llp, 15000 Surveyor Blvd., Suite 100, Addison, Tx  75001 |
| | Baylor All Saints Medical Center, Co Creditors Bankruptcy Service, P. O. Box 740933, Dallas, Tx  75374 |
| | Baylor Med Ctr Plano, Creditors Bankruptcy Service, Po Box 740933, Dallas, Tx  75374 |
| | Baylor Med Ctr-Plano, C/O Creditors Bankruptcy Service, P.O. Box 740933, Dallas, Tx  75374 |
| | Calvin Underwood, 1305 Grant, Wichita Falls, Tx  76309 |
| | Capital One Bank Usa Na, By American Infosource Lp, Po Box 71083, Charlotte, Nc  28272-1083 |
| | Capital One Bank Usa, N.A., Po Box 71083, Charlotte, Nc  28272-1083 |
| | Capital One Na, Bass And Associates Pc, 3936 E Ft Lowell Road Suite 200, Tucson, Az  85712 |
| | Cfs Ii Inc, 2488 E 81St St Ste 500, Tulsa, Ok  74137 |
| | Cheifetz, Lannitelli, Marcolini, 111 West Monroe St 17Th Floor, Phoenix, Az  85003 |
| | Christus Health, St Vincent Regional Medical, Po Box 842211, Dallas, Tx  75248-2211 |
| | Cmre Financial Services Inc., 3075 E. Imperial Hwy No. 200, Brea, Ca  92821 |
| | Collection Service Bur, Po Box 310, Scottsdale, Az  85252 |
| | Credit Srvce, Po Box 1120, Colorado Springs, Co  80901 |
| | Department Stores National Ban, Macys Bankruptcy Processing, Po Box 8053, Mason, Oh  45040 |
| | Department Stores National Bank, Macys Nco Financial Systems I, Po Box 4275, Norcross, Ga  30091 |
| | Department Stores National Bank/Macy'S, Bankruptcy Processing, Po Box 8053, Mason, Oh  45040 |
| | Dsnb Macys, Po Box 8218, Mason, Oh  45040 |
| | El Gancho Fitness, Po Box 4700, Santa Fe, Nm  87502 |
| | Emerg Phys Southwest Pc, Co Hrrg, Po Box 189053, Fort Lauderdale, Fl  33313-4571 |
| | Emergency Physicians Southwest Pc, Po Box 635623, Cincinnati, Oh  45263-5263 |
| | Executive Services, Po Box 2248, Wichita Falls, Tx  76307 |
| | First Omaha National Bank, Po Box 3331, Omaha, Ne  68103-0331 |
| | Flagstar Bank Fsb, Ms S 144 3 Payment Processing, 5151 Corporate Drive, Troy, Mi  48098 |
| | Flagstar Bank, F.S.B., C/O Bdfte, Llp, 15000 Surveyor Blvd Suite 100, Addison, Tx  75001 |
| | Healthfront Pc, Po Box 52001 Dept 932, Phoenix, Az  85072-2001 |
| | Healthtexas Provider Network, Po Box 844128, Dallas, Tx  75284 |
| | Joe A Dean Md, Po Box 3645, Wichita Falls, Tx  76301 |
| | Metropolitan Anesthesia, Po Box 650823 Dept 41197, Dallas, Tx  75265 |
| | Mnet Fin Inc, 95 Argonaut, Aliso Viejo, Ca  92656 |
| | Monte J. White, Monte J. White & Associates, P.C., 1106 Brook Avenue, Hamilton Place, Wichita Falls, Tx  76301 |
| | Nco Financial Systems, Po Box 15630, Dept 02, Wilmington, De  19850 |
| | Portfolio Recovery Associates, By Pra Receivables Management, Po Box 12914, Norfolk, Va  23541 |
| | Portfolio Recovery Associates, By Pra Receivables Management, Po Box 41067, Norfolk, Va  23541 |

**Case # 13-30423-HDH-13**  Page 3
**CLYDE ANDREW & TERRI LYNN KATZAMAN**
 **Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)**

Portfolio Recovery Associates, Pra Receivables Management Llc, Po Box 12914, Norfolk, Va  23541
Professional Finance C, 918 10Th St, Greeley, Co  80631
Rmcb, 2269 S Saw Mill River Rd, Bldg 3, Elmsford, Ny  10523
Sandland Llc, C/O Cfs Ii Inc, 2488 E 81St Street, Suite 500, Tulsa, Oklahoma  74137-4214, Tulsa  74137-4214
Sandland Llc, Cfs Ii Inc, 2488 E 81St Street, Suite 500, Tulsa, Ok  74137-4214
Soloman Plumbing, 1504 Harding St, Wichita Falls, Tx  76301
Sprint, Attn: Bankruptcy Dept, 10002 Park Meadows Drive, Lone Tree, Co  80126
Sprint, Bankruptcy, Po Box 7949, Overland Park, Ks  66207-0949
Synerprise Consulting Servcie, 2809 Regal Rd, Ste 107, Plano, Tx  75075
The Advantage Group, Po Box 93877, Albuquerque, Nm  87199
Wichita County, Perdue Brandon Fielder Collins Et Al, Po Box 8188, Wichita Falls, Tx  76307
Wichita County, Po Box 1471, Wichita Falls, Tx  76307
Wichita Falls City, Isd & Wichita Co, C/O Perdue Brandon Fielder Collins & Mot, Po Box 8188, Wichita Falls Tx 76307-8188, Wichita Falls City  76307-8188
Wichita Falls Federal Credit Union, 2100 Seymour Hwy, Wichita Falls, Tx  76301

Dated: 08/27/2013

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

Case 13-30423-hdh13 Doc 43 Filed 08/28/13    Entered 08/28/13 11:11:39    Page 4 of 6

Case # 13-30423-HDH-13                                                                                              Page 4
CLYDE ANDREW & TERRI LYNN KATZAMAN
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                 Case No:  13-30423-HDH-13
CLYDE ANDREW & TERRI LYNN KATZAMAN
            Debtors                                                                    Hearing Date:  November 14, 2013

## Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

The Trustee hereby objects to the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

**I.**

**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtors. No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| T'ee # | Creditor's Name | Sched Amount | Sched Amount |
|---|---|---|---|
| 7 | ALCOA BILLING | Unsecured | $ 828.00 |
| 8 | ALL TRADES | Unsecured | $ 1,600.00 |
| 13 | CALVIN UNDERWOOD | Secured | $ 9,000.00 |
| 18 | CHEIFETZ, LANNITELLI, MARCOLINI | Unsecured | $ 1,900.73 |
| 19 | CHRISTUS HEALTH | Unsecured | $ 2,596.18 |
| 12 | CMRE FINANCIAL SERVICES INC. | Unsecured | $ 462.60 |
| 21 | COLLECTION SERVICE BUR | Unsecured | $ 1,034.00 |
| 22 | CREDIT SRVCE | Unsecured | $ 566.00 |
| 28 | EXECUTIVE SERVICES | Unsecured | $ 6,312.00 |
| 29 | FIRST OMAHA NATIONAL BANK | Unsecured | $ 1,348.01 |
| 34 | HEALTHFRONT PC | Unsecured | $ 512.00 |
| 57 | HEALTHTEXAS PROVIDER NETWORK | Unsecured | $ 472.39 |
| 35 | JOE A DEAN MD | Unsecured | $ 370.45 |
| 36 | METROPOLITAN ANESTHESIA | Unsecured | $ 100.00 |
| 37 | MNET FIN INC | Unsecured | $ 2,111.00 |
| 38 | NCO FINANCIAL SYSTEMS | Unsecured | $ 171.29 |
| 39 | PROFESSIONAL FINANCE C | Unsecured | $ 41.00 |
| 40 | RMCB | Unsecured | $ 47.94 |
| 42 | SOLOMAN PLUMBING | Unsecured | $ 744.72 |
| 43 | SYNERPRISE CONSULTING SERVCIE | Unsecured | $ 1,056.00 |
| 45 | THE ADVANTAGE GROUP | Unsecured | $ 698.00 |
| 51 | THE ADVANTAGE GROUP | Unsecured | $ 191.00 |

## II.

## SPECIFIC OBJECTIONS

The Trustee hereby objects to the following claims, for the reason(s) indicated in Column 7. The claims should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| Column 1<br>Pacer # | Column 2<br>Creditor Name | Column 3<br>Claim | Column 4<br>Allow/Disallow | Column 5<br>Amount | Column 6<br>Class | Column 7<br>Reason<br>(See Below) | Column 8<br>T'ee # |
|---|---|---|---|---|---|---|---|
| *** NONE *** | | | | | | | |

### CODE: "REASON(S)" FOR CLAIM OBJECTION

*** NONE ***

## III.

## TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class listed below.

| T'ee Clm # | DSO Creditors | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Secured 910 Creditors No Cram Down | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| | *** NONE *** | | | | | |

| T'ee Clm # | Secured Creditors | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| 61 | CAPITAL ONE NA | HOUSEHOLD GOODS | $ 1,990.98 | $ 1,990.98 | 0.00 | Direct by Debtor |
| 30 | FLAGSTAR BANK FSB | 1315 GRANT ST | $ 105,949.00 | $ 105,949.00 | 0.00 | Surrender |
| 20 | WICHITA COUNTY | REAL PROPERTY | $ 6,636.60 | $ 12,000.00 | 0.00 | Surrender |
| 46 | WICHITA FALLS FEDERAL CREDIT UN | 11 FORD FUSION | $ 20,210.11 | $ 22,938.00 | 5.00 | Trustee |
| 48 | WICHITA FALLS FEDERAL CREDIT UN | 11 FORD FUSION/CROSS COLLATI | $ 2,466.30 | $ 2,500.00 | 5.00 | Trustee |

| T'ee Clm # | Priority Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured - Special Class Creditors | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unexpired Leases | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| | *** NONE *** | | | | | |

Case # 13-30423-HDH-13  Page 6
CLYDE ANDREW & TERRI LYNN KATZAMAN
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

| T'ee Clm # | Unsecured Creditors | Comment | Claim Amount |
|---|---|---|---|
| 9 | ASSET ACCEPTANCE LLC | GE CAPITAL RETAIL BANK/SAMS CLUB | $ 8,795.66 |
| 50 | BAYLOR MED CTR PLANO | | $ 100.00 |
| 52 | BAYLOR MED CTR PLANO | | $ 1,910.65 |
| 14 | CAPITAL ONE BANK USA NA | | $ 1,845.77 |
| 33 | CAPITAL ONE NA | BEST BUY/HSBC | $ 3,190.99 |
| 2 | DEPARTMENT STORES NATIONAL BANK | | $ 3,893.21 |
| 26 | EMERGENCY PHYSICIANS SOUTHWEST PC | | $ 828.00 |
| 10030 | FLAGSTAR BANK FSB | SPLIT CLAIM 1315 GRANT ST | $ 19,926.78 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES | CHASE BANK USA NA | $ 11,326.38 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES | CHASE BANK | $ 15,708.30 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES | GECRB/BELK | $ 2,769.73 |
| 1 | SANDLAND LLC | BANK OF OMAHA | $ 13,618.18 |
| 64 | SPRINT | Late Filed - | $ 1,070.83 |

**IV.**

**PLAN MODIFICATION, subject to feasibiltiy**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01, the Trustee requests the following Modification of the Debtors Confirmed Plan, subject to feasibility, herein:

- No Modification Needed.

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700