Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Freeway
Suite 1100, 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                           CASE NO:  13-30423-HDH-13
CLYDE ANDREW & TERRI LYNN KATZAMAN
DEBTORS

**TRUSTEE'S 17 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL PER GENERAL ORDER 2010-01**

Notice is hereby given to the above named Debtors and Debtors' Attorney that the Trustee intends to certify the above numbered Chapter 13 case for dismissal for the following reasons:

The Debtors did not pay to the Trustee when due one or more payments (except the first) specified in the Debtors' Preliminary Plan, or the Order Confirming Plan or the Order Modifying Plan as required by paragraph 3 (e) of General Order 2010-01.

1. The exact dollar amount due to completely bring all payments current as of the 17th day after the date of this Notice is $825.00 (MAIL PAYMENTS TO THOMAS D. POWERS, STANDING CHAPTER 13 TRUSTEE, PO BOX 1958, MEMPHIS, TN  38101-1958.)

2. Due date is 09/22/2013.  Payments must be received by 4:00 p.m.

3. If the full payment specified in paragraph 1 cannot be paid by the due date specified in paragraph 2, the Debtors/Debtors' Attorney must meet with a representative of the Trustee on:

    September 19, 2013 between 12:00 p.m. and 4:00 p.m.

At 125 E. John Carpenter Freeway, Suite 1100, Irving Texas to sign an Interlocutory Order acceptable to the Trustee.

IF YOU ELECT TO SIGN AN INTERLOCUTORY ORDER, YOU WILL BE REQUIRED TO SIGN A WAGE ORDER.  YOU MUST BRING A COPY OF YOUR LAST PAYSTUB.

FAILURE TO BRING ALL PAYMENTS CURRENT OR SIGN SUCH INTERLOCUTORY ORDER (OR MODIFICATION IF YOUR PLAN HAS BEEN CONFIRMED) AND WAGE ORDER PRIOR TO THE DUE DATE SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.

Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Freeway
Suite 1100, 11th Floor
Irving, TX  75062
(214) 855-9200

**Notice of Intent to Certify Case for Dismissal, Page 2**
**Case # 13-30423-HDH-13**
**CLYDE ANDREW & TERRI LYNN KATZAMAN**

IF YOU ARE CURRENTLY ON A WAGE DIRECTIVE, AND THOUGHT YOUR PAYMENTS WERE CURRENT, YOU SHOULD CONTACT YOUR EMPLOYER IMMEDIATELY BECAUSE OUR RECORDS INDICATE YOU ARE DELINQUENT AND YOUR CASE IS SUBJECT TO DISMISSAL.

**FAILURE TO RESPOND TO THIS NOTICE WILL RESULT IN DISMISSAL OF YOUR CASE**.

    Respectfully submitted,

    Standing Chapter 13 Trustee

    /s/ Thomas D. Powers
    Trustee / State Bar No. 16218700
    125 E. John Carpenter Freeway
    Suite 1100, 11Th Floor
    Irving, TX  75062
    (214) 855-9200 / (214) 965-0757  (Fax)

CASE NO.  13-30423-HDH-13
CLYDE ANDREW & TERRI LYNN KATZAMAN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Intent to Certify Chapter 13 Case for Dismissal** was served on the following parties at the addresses listed below by United States First Class Mail.

Debtors:     CLYDE ANDREW & TERRI LYNN KATZAMAN, 5981 ARAPAHO ROAD, #902, DALLAS, TX  75248
Attorney:    MONTE JAY WHITE, 1106 BROOK AVE, HAMILTON PLACE, WICHITA FALLS, TX  76301
Creditor(s): Barrett Daffin Frappier Turner & Engel, 15000 Surveyor Blvd., Suite 100, Addison, TX  75001

Dated:  September 05, 2013            By:  /s/ Thomas D. Powers

                                      Generated By:  Scott Yankee