

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed September 11, 2013**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br>CLYDE ANDREW KATZAMAN<br>TERRI LYNN KATZAMAN<br><br>DEBTOR(S)<br>*****************************<br>FLAGSTAR BANK FSB<br>ITS ASSIGNS AND/OR SUCCESSORS<br>IN INTEREST<br>Movant<br><br>V.<br><br>CLYDE ANDREW KATZAMAN and<br><br>TERRI LYNN KATZAMAN, Debtors and<br><br>THOMAS POWERS , Trustee<br><br>Respondents | Case No. 13-30423<br><br>(Chapter 13) |

MFR:2708778_1
2162753 FAFLG0086

## ORDER TERMINATING THE AUTOMATIC STAY OF AN ACT AGAINST PROPERTY OF 11 U.S.C. § 362 REGARDING 1315 GRANT STREET, WICHITA FALLS, TEXAS 76309-2219

In DALLAS, Texas in said District, came on for hearing the Motion of FLAGSTAR BANK FSB, for Relief from the Automatic Stay of Act Against Property owned by CLYDE ANDREW KATZAMAN and TERRI LYNN KATZAMAN, and it appearing that due notice of said Motion having been properly given, that no answer or request for hearing thereon having been filed with the Court and that the automatic stay of 11 U.S.C. § 362 should be terminated as requested. It is therefore,

ORDERED that the automatic stay of 11 U.S.C. § 362 be, and same is hereby, terminated with respect to FLAGSTAR BANK FSB, its successors and assigns, and that certain real property more particularly described as follows:

> LOTS NINE (9) AND TEN (10), BLOCK FIFTY-FOUR (54), FLORAL HEIGHTS ADDITION, AN ADDITION TO THE CITY OF WICHITA FALLS, WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT OF RECORD IN VOLUME 4, PAGE 59, WICHITA COUNTY PLAT RECORDS PROPERTY MORE COMMONLY KNOWN AS 1315 GRANT STREET, WICHITA FALLS, TEXAS 76309-2219

("Property") to enable FLAGSTAR BANK FSB, its successors and assigns, to enable servicer to take all action authorized under the contract and applicable law, including, without limitation, loan workouts, foreclosure and/or eviction. Upon relief from stay, FLAGSTAR BANK FSB will no longer be filing payment changes or post-petition fee notifications

###END OF ORDER###

MFR:2708778_1
2162753 FAFLG0086

APPROVED:

*The undersigned counsel of record certifies compliance with Rule 4001.*

By: _____*KB*_____
    Dominique Varner   TBA #00791182/FIN 18805
    Kristen L. Baker     TBA 24073881
    Michael Weems      TBA #24066273
    HUGHES, WATTERS & ASKANASE, L.L.P.
    333 Clay, 29th Floor
    Houston, Texas 77002
    Telephone (713) 759-0818
    Telecopier (713) 759-6834
    ATTORNEYS FOR MOVANT

MFR:2708778_1
2162753 FAFLG0086